# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK JOYNER, <br><br> Plaintiff, <br><br> v. <br><br> KEN RITTMANN, JIM HEWETSON, FUNCTIONAL DEVICES, INC. and DOES 1 THROUGH 20, INCLUSIVE, Commissioner of Social Security, <br><br> Defendants. | Case No. CV 10-08948-JEM <br><br> **JUDGMENT** |

In accordance with the Memorandum and Order Dismissing Case With Prejudice Pursuant to Fed. R. Civ. P. 41(b) filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 5, 2011            */s/ John E. McDermott*
                                                    JOHN E. MCDERMOTT
                                                    UNITED STATES MAGISTRATE JUDGE